**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 05-1628

SARA E. PARKER,

Plaintiff - Appellant,

versus

HOMESTEAD STUDIO SUITES HOTEL,

Defendant - Appellee.

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh.  W. Earl Britt, Senior District Judge.  (CA-05-69-5)

Submitted:  August 18, 2005          Decided:  August 23, 2005

Before WIDENER, WILLIAMS, and MICHAEL, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Sara E. Parker, Appellant Pro Se.  Brian David Darer, PARKER, POE, ADAMS & BERNSTEIN, Raleigh, North Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Sara E. Parker appeals the district court's order dismissing her housing discrimination action based on res judicata. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Parker v. Homestead Studio Suites Hotel, No. CA-05-69-5 (E.D.N.C. May 13, 2005). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED